ORIGINAL

1

2

3  Frances S. Kaminer (State Bar 108004)
   Walter K. Pyle (State Bar 98213)
   LAW OFFICES OF WALTER K. PYLE
4  2039 Shattuck Avenue, Suite 202
   Berkeley, CA  94704
5  (510) 849-4424
   *Attorneys for Plaintiffs*

FILED

NOV - 5  2:47

6

7              **IN THE UNITED STATES DISTRICT COURT**
8           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9  JOHN F. HUTCHENS, ZAMORA
   MOTON, and BABY S.A., by John F.          No. C 07·5600 BZ
10 Hutchens, next friend,

11                    *Plaintiffs,*

12            v.                              **NOTICE OF RELATED CASE**

13 ALAMEDA COUNTY MEDICAL
   CENTER and DOES 1-20,
14
                   *Defendants.*

15

16      PLEASE TAKE NOTICE that the above-captioned case **is related** to *Hutchens v.*

17 *County of Alameda*, No. C-06-6870-SBA (N.D. Cal), filed November 3, 2006. On October

18 17, 2007 the related case was assigned to a Magistrate Judge for settlement.

19      This case and the related case both concern the same plaintiffs and arise out of

20 the same events described in the complaints in the respective cases.

21      Assignment to the same judge would likely effect a saving of judicial effort and

22 other economies because  both cases involve common questions of fact and law, and

23 depositions, settlement efforts (including allocation of damages to each party), court

   hearings and the trial itself can be consolidated into single proceedings.
24

25

26 Frances S Kaminer
   *One of Plaintiffs' Attorneys*
27

28                            1