DAVID J. BEAUVAIS (CA Bar # 84275)
1904 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 832-3605
Facsimile: (510) 832-3610

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. HUTCHENS, ZAMORA MOTON, and BABY S., by JOHN F. HUTCHENS, next friend, <br><br> Plaintiffs, <br><br> vs. <br><br> ALAMEDA COUNTY MEDICAL CENTER and DOES 1-20, <br><br> Defendants. | No. C 07-5600 BZ <br><br> **SUBSTITUTION OF ATTORNEYS AND ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN** that plaintiff, ZAMORA MOTON, hereby substitutes DAVID J. BEAUVAIS, as her attorney of record in place and in stead of the LAW OFFICES OF WALTER K. PYLE. The address of plaintiff's new counsel is 1904 Franklin Street, Suite 800, Oakland, California 94612. Telephone: (510) 832-3605. Facsimile: (510) 832-3610.

DATED: November 9, 2007.

_/s/ Zamora Moton_
ZAMORA MOTON

SUBSTITUTION OF ATTORNEYS AND ORDER                               1

I accept said substitution.

DATED: November 9, 2007

                                  DAVID J. BEAUVAIS
                                  Attorney for Plaintiff

I consent to said substitution.

DATED:

                                  For the LAW OFFICES OF
                                  WALTER K. PYLE

IT IS SO ORDERED.

DATED:

                                  UNITED STATES DISTRICT JUDGE