DAVID J. BEAUVAIS (CA Bar # 84275)
1904 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 832-3605
Facsimile: (510) 832-3610

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. HUTCHENS, ZAMORA MOTON, and BABY S., by JOHN F. HUTCHENS, next friend,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER and DOES 1-20,<br><br>Defendants. | No. C 07-5600 BZ<br><br>**SUBSTITUTION OF ATTORNEYS AND ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN** that plaintiff, ZAMORA MOTON, hereby substitutes DAVID J. BEAUVAIS, as her attorney of record in place and in stead of the LAW OFFICES OF WALTER K. PYLE. The address of plaintiff's new counsel is 1904 Franklin Street, Suite 800, Oakland, California 94612. Telephone: (510) 832-3605. Facsimile: (510) 832-3610.

DATED: November 9, 2007.

_____
ZAMORA MOTON

SUBSTITUTION OF ATTORNEYS AND ORDER

I accept said substitution.

DATED: November 9, 2007

DAVID J. BEAUVAIS
Attorney for Plaintiff

I consent to said substitution.

DATED:

For the LAW OFFICES OF
WALTER K. PYLE

IT IS SO ORDERED.

DATED: November 26, 2007

UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUBSTITUTION OF ATTORNEYS AND ORDER                    2