GREG J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant ALAMEDA
COUNTY MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUTCHENS, ZAMORA MOTON, and Baby S.A., by John F. Hutchens, next friend,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER, and DOES 1-20,<br><br>Defendants. | Case No.:  C07-05600 BZ<br><br>[PROPOSED] **ORDER GRANTING MOTION TO DISMISS COMPLAINT**<br><br><br>Assigned to Judge Bernard Zimmerman<br>Complaint File:  November 2, 2007 |

The above-referenced matter came on regularly for hearing on _____, 2008 at 10:00 a.m. in Department _____ of the above-captioned Court, the Hon. _____ presiding.  Jill P. Sazama, Esq. appeared on behalf of defendant and moving party ALAMEDA COUNTY MEDICAL CENTER, and _____, Esq. appeared on behalf of plaintiffs JOHN HUTCHENS and ZAMORA MOTON.

The Court having considered the moving papers submitted by defendant, all opposition thereto, and good cause appearing, IT IS HEREBY ORDERED:

-1-

ORDER GRANTING MOTION TO DISMISS COMPLAINT
*John F. Hutchens, et al. v. Alameda County Medical Center* - Case No. C07-05600

1  That defendant's Motion to Dismiss to the Complaint is GRANTED _____
2  leave to amend. If the Motion is GRANTED with leave to amend, plaintiff shall have ___ days
3  after service of this order by the court to file and serve an amended complaint.
4  IT IS SO ORDERED.

5
   DATED: _____
6

7                                    By:_____
                                          UNITED STATES DISTRICT JUDGE
8

9  24981\422337

ORDER GRANTING MOTION TO DISMISS COMPLAINT
*John F. Hutchens, et al. v. Alameda County Medical Center* - Case No. C07-05600