GREG J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant ALAMEDA
COUNTY MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUTCHENS, ZAMORA MOTON, and Baby S.A., by John F. Hutchens, next friend,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, and DOES 1-20,<br><br>Defendants. | Case No.: C07-05600 BZ<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE<br><br>Assigned to Judge Bernard Zimmerman<br>Complaint File: November 2, 2007 |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

The undersigned part hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge. **Given the pendency of a related case, *Hutchens, et al. v. Alameda County Social Services Agency, et al.*, case no 06-CV-06870 SBA, in this court, the undersigned specifically requests that this case be re-assigned to Judge Armstrong.**

DATED: January 2, 2008.                BOORNAZIAN, JENSEN & GARTHE
                                        A Professional Corporation

                                        By: /s/ Jill P. Sazama, Esq.
                                            JILL P. SAZAMA, ESQ.
                                            Attorneys for Defendant ALAMEDA
                                            COUNTY MEDICAL CENTER

24981\422292

-1-

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
*John F. Hutchens, et al. v. Alameda County Medical Center* - Case No. C07-05600