GREG J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant ALAMEDA
COUNTY MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUTCHENS, ZAMORA MOTON, and Baby S.A., by John F. Hutchens, next friend,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER, and DOES 1-20,<br><br>Defendants. | Case No.: C07-05600 BZ<br><br>**JURY TRIAL DEMAND**<br><br>Assigned to Judge Bernard Zimmerman<br>Complaint File: November 2, 2007 |

In the event this case proceeds to trial, defendant ALAMEDA COUNTY MEDICAL CENTER hereby requests a trial by jury for all causes of action capable of being so tried.

DATED: January 2, 2008

                                          BOORNAZIAN, JENSEN & GARTHE
                                          A Professional Corporation

                                  By: _____/s/ Jill Sazama, Esq._____
                                          JILL P. SAZAMA, ESQ.
                                          Attorneys for Defendant
                                          ALAMEDA COUNT MEDICAL
                                          CENTER

24981\422330

-1-