1  GREG J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
4  555 12th Street, Suite 1800
   P. O. Box 12925
5  Oakland, CA 94604-2925
   Telephone: (510) 834-4350
6  Facsimile: (510) 839-1897

7  Attorneys for Defendant ALAMEDA
   COUNTY MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUTCHENS, ZAMORA MOTON, and Baby S.A., by John F. Hutchens, next friend,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER, and DOES 1-20,<br><br>Defendants. | Case No.: C07-05600 BZ<br><br>CERTIFICATE OF INTERESTED PARTIES<br><br>Assigned to Judge Bernard Zimmerman<br>Complaint File: November 2, 2007 |

Pursuant to Civil Local Rule 3.16, the undersigned certifies that as of this date, other than the named parties, there is no interest to report.

DATED: January 2, 2008

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____/s/ Jill Sazama, Esq._____
JILL P. SAZAMA, ESQ.
Attorneys for Defendant
ALAMEDA COUNT MEDICAL CENTER

24981\422329

-1-

CERTIFICATE OF INTERESTED PARTIES
*John F. Hutchens, et al. v. Alameda County Medical Center* - Case No. C07-05600