Frances S. Kaminer (State Bar 108004)
fkaminer@wfkplaw.com
Walter K. Pyle (State Bar 98213)
LAW OFFICES OF WALTER K. PYLE
2039 Shattuck Avenue, Suite 202
Berkeley, CA  94704
Telephone:   (  510) 849-4424
Facsimile:        (510) 849-4741

*Attorneys for Plaintiffs John F. Hutchens and Baby S.A.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. HUTCHENS, et al.,<br>    *Plaintiffs,*<br>v.<br>COUNTY OF ALAMEDA, et al.,<br>    *Defendants.* | No. **C 06-6870 SBA** |
| JOHN F. HUTCHENS, et al.,<br>    *Plaintiffs,*<br>v.<br>ALAMEDA COUNTY MEDICAL CENTER, et al.,<br>    *Defendants.* | No. **C 07-5600 MJJ**<br><br>**ORDER**<br>(PROPOSED) |

  The court having considered the Administrative Motion to Consider Cases Related and having reviewed and considered the pleadings filed by all parties,

  The court finds that the cases of <u>JOHN F. HUTCHENS, et al v. COUNTY OF ALAMEDA, et al</u>, Case No. 06-6870 SBA and <u>JOHN F. HUTCHENS, et al v. ALAMEDA COUNTY MEDICAL CENTER,</u> et al, Case No. 07-5600 MJJ are related, and

1
2
3    The two cases are hereby ordered consolidated for all purposes and both cases
4  are assigned to Judge _____, and shall from now on be
   referenced as Case No. _____.
5
6  Dated:
7
8                                                    _____
                                                     JUDGE OF THE U.S. DISTRICT COURT
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
                                              2
28
                                            *Order*