DAVID J. BEAUVAIS (CA Bar # 84275)
1904 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 832-3605
Facsimile: (510) 832-3610

Attorney for Plaintiff
ZAMORA MOTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. HUTCHENS, ZAMORA MOTON, and BABY S., by JOHN F. HUTCHENS, next friend,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER and DOES 1-20,<br><br>        Defendants. | No. C 07-5600 SBA<br><br>**ASSOCIATION OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN** that plaintiff, ZAMORA MOTON, hereby associates ARKADY ITKIN as counsel of record in the above-entitled action. The address of plaintiff's associate counsel is 1904 Franklin Street, Suite 800, Oakland, California 94612. Telephone: (510) 832-3605. Facsimile: (510) 832-3610.

DATED: February 18, 2008.

/s/ David J. Beauvais
DAVID J. BEAUVAIS

1  I accept said association.

3  DATED: February 18, 2008

5                            /s/ Arkady Itkin
                          ARKADY ITKIN