1  GREG J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
4  555 12th Street, Suite 1800
   P. O. Box 12925
5  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
6  Facsimile: (510) 839-1897

7  Attorneys for Defendant ALAMEDA
   COUNTY MEDICAL CENTER
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 JOHN HUTCHENS, ZAMORA MOTON,       )   Case No.:  07 CV 5600 SBA
   and Baby S.A., by John F. Hutchens, next )   Related case:  06 CV 06870 SBA
12 friend,                            )
                                      )   [PROPOSED] ORDER GRANTING
13         Plaintiffs,                )   MOTION TO DISMISS COMPLAINT
                                      )
14 vs.                                )   Date: Tuesday, March 25, 2008
                                      )   Time: 1:00 p.m.
15 ALAMEDA COUNTY MEDICAL CENTER,)        Dept. Courtroom 3, 3rd Floor
   and DOES 1-20,                     )
16                                    )
           Defendants.                )   Complaint filed: November 2, 2007
17                                    )
                                      )
18

19     The above-referenced matter came on regularly for hearing on March 25, 2008 at 1:00 p.m.

20 in Courtroom 3, 3rd floor of the above-captioned Court in Oakland, the Hon. Saundra Brown

21 Armstrong presiding.  Jill P. Sazama, Esq. appeared on behalf of defendant and moving party

22 ALAMEDA COUNTY MEDICAL CENTER, Frances S. Kaminer, Esq. and/or Walter K. Pyle,

23 Esq. appeared on behalf of plaintiff JOHN HUTCHENS, and David J. Beauvais, Esq. appeared on

24 behalf of plaintiff ZAMORA MOTON.

25     The Court having considered the moving papers submitted by defendant, all opposition

26 thereto, and good cause appearing, IT IS HEREBY ORDERED:

27
28
                                      -1-
ORDER GRANTING MOTION TO DISMISS COMPLAINT
*John F. Hutchens, et al. v. Alameda County Medical Center* - Case No. C07-05600

1  That defendant's Motion to Dismiss to the Complaint is GRANTED _____
2  leave to amend. If the Motion is GRANTED with leave to amend, plaintiff shall have \_\_\_ days
3  after service of this order by the court to file and serve an amended complaint.
4  IT IS SO ORDERED.

DATED: _____

By: _____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

24981\422337

-2-

ORDER GRANTING MOTION TO DISMISS COMPLAINT
*John F. Hutchens, et al. v. Alameda County Medical Center* - Case No. C07-05600