# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. HUTCHENS )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>ALAMEDA COUNTY SOCIAL )<br>SERVICES AGENCY, )<br>Defendant. )<br>_____ ) | RELATED ACTIONS:<br>No. C 06-06870 SBA<br>C 04-05600 SBA<br>CLERK'S NOTICE |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for February 20, 2008, at 2:30 p.m., has been continued to Tuesday, March 25, 2008, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED: 2/20/08

FOR THE COURT,
Richard W. Wieking, Clerk

By: _/s/ Lisa R. Clark_
LISA R. CLARK
Courtroom Deputy

To: