1  GREG J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
4  555 12th Street, Suite 1800
   P. O. Box 12925
5  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
6  Facsimile: (510) 839-1897

7  Attorneys for Defendant  ALAMEDA
   COUNTY MEDICAL CENTER
8

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| JOHN HUTCHENS, ZAMORA MOTON, | Case No.: 07 CV 05600 SBA |
|---|---|
| Plaintiffs, | Related case: 06 CV 06870 SBA |
| vs. | **ALAMEDA COUNTY MEDICAL CENTER'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS ORIGINAL COMPLAINT WITHOUT PREJUDICE** |
| ALAMEDA COUNTY MEDICAL CENTER, and DOES 1-20, | |
| Defendants. | Complaint filed on November 2, 2007 |

**TO PLAINTIFFS AND ALL OTHER PARTIES AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE THAT** defendant ALAMEDA COUNTY MEDICAL CENTER (hereafter "ACMC") will and hereby does withdraw, without prejudice, its motion to dismiss all causes of action alleged in the Complaint for Damages and Injunctive Relief.  After ACMC filed its motion to dismiss, plaintiffs JOHN HUTCHENS, ZAMORA MOTON and BABY S. (hereafter "Plaintiffs") filed an Amended Complaint for Damages and Injunctive Relief (hereafter "Amended Complaint") on March 4, 2008.  ACMC disputes that the Amended

-1-

ALAMEDA COUNTY MEDICAL CENTER'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS
ORIGINAL COMPLAINT WITHOUT PREJUDICE
Case no. 07 CV 5600 SBA

Complaint cures the defects ACMC identified in its original motion to dismiss, and ACMC withdraws its motion to the original Complaint without prejudice to filing another motion to dismiss any or all claims in the Amended Complaint, whether on the same or different grounds as previously asserted in ACMC's motion to dismiss the original Complaint.

DATED: March 13, 2008

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/ Jill Sazama, Esq.
JILL P. SAZAMA, ESQ.
Attorneys for Defendant
ALAMEDA COUNTY MEDICAL CENTER

24981\428025

# PROOF OF SERVICE BY ELECTRONIC SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served the **ALAMEDA COUNTY MEDICAL CENTER'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS THE ORIGINAL COMPLAINT** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

| | |
|---|---|
| Frances S. Kaminer, Esq.<br>Walter K. Pyle, Esq.<br>LAW OFFICES OF WALTER K. PYLE<br>2039 Shattuck Avenue, Suite 202<br>Berkeley, CA 94704<br>Telephone: 510-849-4424 | **Attorneys for Plaintiffs**<br>**JOHN F. HUTCHENS, and BABY S.A., by John F. Hutchens** |
| David Beauvais, Esq.<br>Arkady Itkin, Esq.<br>Law Office of David Beauvais<br>1904 Franklin Street, Suite 800<br>Oakland, CA 94612<br>Telephone (510) 832-3605 | **Attorneys for Plaintiff**<br>**ZAMORA MOTON** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on March 13, 2008.

_____
Carmen Kalt

24981\428025

-3-

ALAMEDA COUNTY MEDICAL CENTER'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS ORIGINAL COMPLAINT WITHOUT PREJUDICE
Case no. 07 CV 5600 SBA