GREG J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant ALAMEDA
COUNTY MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN HUTCHENS, ZAMORA MOTON, and BABY S.A., by John F. Hutchens, next friend, <br><br> Plaintiffs, <br><br> v. <br><br> ALAMEDA COUNTY MEDICAL CENTER, and DOES 1-20, <br><br> Defendants. | Case No.: 07 CV 5600 SBA <br> Related case: 06 CV 06870 SBA <br><br> [PROPOSED] ORDER GRANTING MOTION TO DISMISS AMENDED COMPLAINT <br><br> Date: Tuesday, April 29, 2008 <br> Time: 1:00 p.m. <br> Dept. Courtroom 3, 3rd Floor <br><br> Complaint filed: November 2, 2007 |
|---|---|

The above-referenced matter came on regularly for hearing on April 29, 2008 at 1:00 p.m. in Courtroom 3, 3rd floor of the above-captioned Court in Oakland, the Hon. Saundra Brown Armstrong presiding. Jill P. Sazama, Esq. appeared on behalf of defendant and moving party ALAMEDA COUNTY MEDICAL CENTER, Frances S. Kaminer, Esq. and/or Walter K. Pyle, Esq. appeared on behalf of plaintiff JOHN HUTCHENS and BABY S.A., and David J. Beauvais, Esq. appeared on behalf of plaintiff ZAMORA MOTON.

The Court having considered the moving papers submitted by defendant, all opposition thereto, and good cause appearing, IT IS HEREBY ORDERED:

-1-

ORDER GRANTING MOTION TO DISMISS AMENDED COMPLAINT
*John F. Hutchens, et al. v. Alameda County Medical Center* - Case No. C07-05600

1  That defendant's Motion to Dismiss to the Amended Complaint is GRANTED _____
2  _____ leave to amend. If the Motion is GRANTED with leave to amend, plaintiff shall have __
3  days after service of this order by the court to file and serve an amended complaint.
4  IT IS SO ORDERED.

DATED: _____

By:_____
   SAUNDRA BROWN ARMSTRONG
   UNITED STATES DISTRICT JUDGE

24981\428055

-2-

ORDER GRANTING MOTION TO DISMISS AMENDED COMPLAINT
*John F. Hutchens, et al. v. Alameda County Medical Center* - Case No. C07-05600