**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JOHN HUTCHENS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALAMEDA COUNTY MEDICAL CENTER, and DOES 1-20, <br><br> Defendants. | No.  C 07-05600 SBA <br> Related Case 06-06870 SBA <br><br> **ORDER** <br><br> [Docket No. 23] |

IT IS HEREBY ORDERED THAT as the hearing set for March 25, 2008, at 1:00 p.m., for defendant's Motion to Dismiss was vacated, *see* Docket No. 28, and defendant has filed a subsequent Motion to Dismiss, set for hearing on April 29, 2008, at 1:00 p.m., *see* Docket No. 29, the Case Management Conference set for March 25, 2008, at 1:00 p.m., *see* Docket No. 23, is continued to April 29, 2008, at 1:00 p.m., in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of The Northern District of California and the Standing Order of this Court. Plaintiff(s) shall be responsible for filing the statement.

IT IS SO ORDERED.

March 17, 2008

Saundra Brown Armstrong
United States District Judge