GREG J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant ALAMEDA
COUNTY MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUTCHENS, ZAMORA MOTON, and Baby S.A., by John F. Hutchens, next friend,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER, and DOES 1-20,<br><br>Defendants. | Case No.: 07 CV 5600 SBA<br>Related case: 06 CV 06870 SBA<br><br>**ADR CERTIFICATION BY ALAMEDA COUNTY MEDICAL CENTER**<br><br>Complaint Filed: November 2, 2007 |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program ECF) under General Order 45*)

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

-1-

ADR CERTIFICATION BY ALAMEDA COUNTY MEDICAL CENTER
*John F. Hutchens, et al. v. Alameda County Medical Center* - Case No. 07 CV 5600 SBA

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 10, 2008

By: /s/ M.E. Gormley
MARY ELLYN GORMLEY, ESQ.
General Counsel
ALAMEDA COUNTY MEDICAL CENTER

Dated: March 10, 2008

By: /s/ Jill Sazama
JILL P. SAZAMA, ESQ.
Attorneys for Defendant
ALAMEDA COUNT MEDICAL CENTER

24981\427755

-2-

# PROOF OF SERVICE BY ELECTRONIC SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served the **ADR CERTIFICATION BY ALAMDA COUNTY MEDICAL CENTER** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

Frances S. Kaminer, Esq.
Walter K. Pyle, Esq.
LAW OFFICES OF WALTER K. PYLE
2039 Shattuck Avenue, Suite 202
Berkeley, CA 94704
Telephone: 510-849-4424
**Fax: 510-849-4741**

**Attorneys for Plaintiffs
JOHN F. HUTCHENS, SAMORA MOTON,
and BABY S.A., by John F. Hutchens**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on March 20, 2008.

_____
Carmen Kalt

- 1 -

Proof of Service – ADR Certification by Alameda County Medical Center
John F. Hutchens, et al. v. Alameda County Medical Center - Case No. C07-05600